IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05cr40-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| PETER LLOYD JONES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS CAUSE coming on to be heard and being heard, pursuant to request of the defendant for the return of his passport issued by the United States Department of State. The defendant was ordered to provide his passport to the United States Probation Office pursuant to terms and conditions of pretrial release that were entered by the undersigned on April 18, 2005 and it appearing to the court that the charges against the defendant have been resolved through a dismissal of one charge and pleas of guilty as to other charges and that as a result thereof, the defendant is entitled to be released from the terms and conditions of pretrial release and he is entitled to an order directing that the United States Probation Office return the passport of the defendant to the defendant.

IT IS THEREFORE **ORDERED** that the United States Probation Office return the passport of the defendant to him forthwith and without delay.

Signed: March 15, 2006

_____
Dennis L. Howell
United States Magistrate Judge