# United States District Court
For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

PETER LLOYD JONES

**FILED**
**ASHEVILLE, N. C.**

**MAR 16 2006**

**U.S. DISTRICT COURT**
**W. DIST. OF N. C.**

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:05cr40

Max O. Cogburn
Defendant's Attorney

**THE DEFENDANT:**

| X | pleaded guilty to count(s) TWO and THREE |
| _ | pleaded guilty to violation(s) |
| _ | pleaded not guilty to count(s) |
| _ | pleaded not guilty to violation(s) |

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18:13; Chapter 20 NCGS Section 140(a) | Reckless Driving | 04/17/05 | TWO |
| 36 CFR 261.54(d) | Speeding | 04/17/05 | THREE |

| X | Counts(s) ONE (is)(are) dismissed on the motion of the United States. |
| _ | Violation Notice(s) (is)(are) dismissed on the motion of the United States. |
| _ | Found not guilty as to: |

**IMPOSITION OF SENTENCE:** COUNTS TWO AND THREE are consolidated for judgment. It is hereby ordered that the defendant pay a fine in the amount of $5,000 and as to each count a $10 special assessment for a total special assessment of $20. It is further ordered that the defendant is to be incarcerated in the custody of the Bureau of Prisons for a period of one day. The defendant is given credit for time served in that the defendant has previously served a period of one day's incarceration.

The defendant is further ordered to comply with the following SPECIAL CONDITIONS:
1. That the defendant is not to operate a motor vehicle on the Blue Ridge Parkway for a period of six months;
2. That should the rules and regulations of the Blue Ridge Parkway allow such, the defendant is ordered to spend one day, on either a Saturday or a Sunday, in the company with Ranger Chip M. Buchanan during which time the defendant shall accompany Ranger Buchanan while he patrols the Blue Ridge Parkway. If the rules and regulations do not allow the defendant to accompany Officer Buchanan, then the defendant shall be released from this special condition.

It is further ordered that the motorcycle helmet and passport seized from the defendant be returned to the defendant forthwith. All fines and assessment shall be paid in full on March 15, 2006.

Defendant's Soc. Sec. No.:

Defendant's Mailing Address:

Date of Imposition of Sentence: March 15, 2006

_____
Signature of Judicial Officer

Date: March 16, 2006

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal